**JS-6**
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHAO GE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES ASYLUM OFFICE, UNITED STATES IMMIGRATION AND CITIZENSHIP SERVICES,<br><br>　　　　Defendant. | No. 5:24-cv-01641-JGB-DTB<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |

　　Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until October 24, 2025.

Dated: September 30, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE